UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICOLE WILSON,                          No. C-11-05377 DMR

        Plaintiff(s),                     **ORDER TO SHOW CAUSE**

    v.

CITY OF OAKLAND,

        Defendant(s).
_____/

Defendants City of Oakland and County of Alameda have each file a motion to dismiss. [Docket Nos. 16-17.] Currently, the motions are set for a court hearing on February 23, 2012. Plaintiff Nicole Wilson is pursuing this action without legal representation. According to the local Court rules, Plaintiff should have filed any brief in opposition to Defendants' motions by January 25, 2012. *See* N.D. Cal. L.R. 7-3. The court has received no such opposition.

The court ORDERS <u>Plaintiff to respond by February 6, 2012 and explain her failure to respond to the motions. In addition, Plaintiff must simultaneously (1) submit her opposition(s) to the court or (2) file a statement of non-opposition to the motions.</u> This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submissions. If Plaintiff does not respond by February 6, 2012, Defendants' motions may be granted.

The court further ORDERS that Defendants shall file replies, if any, to their respective motions no later than February 13, 2012.

IT IS SO ORDERED.

Dated: January 30, 2012



DONNA M. RYU
United States Magistrate Judge