United States District Court
For the Northern District of California

1
2
3
4
5
6            UNITED STATES DISTRICT COURT

7            NORTHERN DISTRICT OF CALIFORNIA

8
9   Wilson,                                No. C-11-05377 DMR

10           Plaintiff(s),                 **ORDER CONTINUING INITIAL CASE
                                           MANAGEMENT CONFERENCE**
11        v.

12   City of Oakland, *et al.*,

13           Defendant(s).
    _____/
14

15   TO ALL PARTIES AND COUNSEL OF RECORD:

16        The Case Management Conference previously scheduled for February 22, 2012 has been

17   CONTINUED to **February 23, 2012 at 11:00 a.m.**,  Courtroom 4, 3rd Floor, U.S. District Court,

18   1301 Clay Street, Oakland, California 94612.

19        IT IS SO ORDERED.

20

21   Dated:  February 13, 2012

22                                         _____
                                           DONNA M. RYU
23                                         United States Magistrate Judge

24
25
26
27
28